# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**HOLLY ADAIR**                                                                                               **PLAINTIFF**

v.                                          **NO: 4:22-CV-00380-LPR**

**LEONARD HOGG, Sheriff,**
**Lincoln County Sheriff Department,** *et al*.                                                **DEFENDANTS**

## ORDER

On May 11, 2022, this Court ordered Holly Adair to file, within 30 days, an *in forma pauperis* application or to pay the filing fee. (Doc. 2). In the Order, the Court explained to Ms. Adair her responsibilities to follow the rules and cautioned that failure to respond to the Court could result in dismissal under Local Rule 5.5(c)(2). Because Ms. Adair has not complied with the Court's Order as required by the Local Rules, her Complaint is dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal of this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE