IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HOLLY ADAIR**                                                                                                          **PLAINTIFF**

v.                                              **NO: 4:22-CV-00380-LPR**

**LEONARD HOGG, Sheriff,**
**Lincoln County Sheriff Department,** *et al*.                                    **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal of the Judgment or the Order accompanying the Judgment would not be taken in good faith.[1]

IT IS SO ADJUDGED this 30th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).